IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| Missouri Protection & Advocacy Services, et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> John R. Ashcroft, et al., ) <br> ) <br> Defendants. ) | Case No.: 2:22-cv-04097 |

**ENTRY OF APPEARANCE**
**(DEFENDANT KANSAS CITY BOARD OF ELECTION COMMISSIONERS)**

 David B. Raymond of the law firm of Husch Blackwell LLP hereby enters his appearance on behalf of Defendant Kansas City Board of Election Commissioners.

               Respectfully submitted,

                /s/ David B. Raymond
               David B. Raymond   MO #35633
               Husch Blackwell LLP
               4801 Main Street, Suite 1000
               Kansas City, Missouri 64112
               (816) 983-8000
               (816) 983-8080 (FAX)
               david.raymond@huschblackwell.com

               Attorney for the Kansas City Board of
               Election Commissioners

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that on July 18, 2022, a true and correct copy of the foregoing was filed electronically with the above-captioned Court, with notice of case activity generated and sent electronically by the Clerk of the Court to those requesting notice.

                                                    /s/ David B. Raymond
                                                                Attorney