IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| MISSOURI PROTECTION & ADVOCACY SERVICES, VOZKC, Susana Elizarraraz, Manuel Rey Abarca IV, and Barbara Sheinbein; <br><br> Plaintiffs, <br><br> v. <br><br> JOHN R. ASHCROFT, in his official capacity as the Missouri Secretary of State; Kansas City Board of Election Commissioners; St. Louis County Board of Elections; and Boone County Clerk; <br><br> Defendants. | Case No. 2:22-CV-04097 |

### CERTIFICATE OF SERVICE OF FIRST SET OF DISCOVERY REQUESTS

I HEREBY CERTIFY that on September 30, 2022, a copy of Plaintiffs' First Set of Interrogatories, and First Set of Requests for Production of Documents were served via electronic mail on counsel for Defendant Boone County Clerk, J Andrew Hirth, andy@tghlitigation.com. Notice of this Certificate of Service of Discovery Requests will be sent to all counsel of record by operation of the Court's electronic filing system.

Date: September 30, 2022

                Respectfully submitted,

                /s/Susana Sandoval Vargas

1

| | |
|---|---|
| Gillian R. Wilcox, #61278MO<br>ACLU of Missouri Foundation<br>406 West 34th Street, Ste. 420<br>Kansas City, Missouri 64111<br>Phone: (816) 470-9938<br>Fax: (314) 652-3112<br>gwilcox@aclu-mo.org | Anthony E. Rothert, #44827MO<br>Jessie Steffan, #64861MO<br>Molly E. Carney, #70570MO<br>ACLU of Missouri Foundation<br>906 Olive Street, Ste. 1130<br>St. Louis, Missouri 63101<br>Phone: (314) 652-3114<br>arothert@aclu-mo.org<br>jsteffan@aclu-mo.org<br>mcarney@aclu-mo.org |
| MISSOURI VOTER PROTECTION COALITION<br><br>Denise D. Lieberman, #47013<br>6047 Waterman Blvd.<br>St. Louis, MO 63112<br>(314) 780-1833<br>denise@movpc.org<br><br>MISSOURI PROTECTION AND ADVOCACY SERVICES<br>Susan K. Eckles, MoBar #38641<br>Vincent K. Heitholt, MoBar # 68129<br>P.O. Box 140195<br>St. Louis, MO 63114<br>Email: susan.eckles@mo-pa.org<br>Email: vincent.heitholt@mo-pa.org<br>Phone: 314-256-9611 and 314-256-9591<br>Facsimile: 573-893-4231 | MEXICAN AMERICAN LEGAL DEFENSE AND EDUCATIONAL FUND<br><br>Griselda Vega Samuel*<br>IL State Bar No. 6284538<br>Susana Sandoval Vargas*<br>IL State Bar No. 6333298<br>11 E. Adams, Suite 700<br>Chicago, IL 60603<br>Phone: (312) 427-0701<br>Facsimile: (312) 427-0691<br>Email: gvegasamuel@maldef.org<br>*Pro hac vice<br><br><br><br>*Attorneys for Plaintiffs* |