**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MISSOURI**
**CENTRAL DIVISION**

| | | |
|---|---|---|
| MISSOURI PROTECTION & ADVOCACY SERVICES, VOZKC, Susana Elizarraraz, Manuel Rey Abarca IV, and Barbara Sheinbein; | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 2:22-cv-04097-RK |
| JOHN R. ASHCROFT, in his official capacity as the Missouri Secretary of State; Kansas City Board of Election Commissioners; St. Louis County Board of Elections; and Boone County Clerk; | ) ) ) ) ) ) | |
| Defendants. | ) ) | |

## Motion to Withdraw

Molly Carney moves to withdraw as counsel for Plaintiffs as my employment by the American Civil Liberties Union of Missouri ends on November 18, 2022. All other counsel for Plaintiffs entered on this matter remain.

Respectfully submitted,
/s/ Molly Carney
Molly Carney, #70570MO
ACLU of Missouri Foundation
906 Olive Street, Suite 1130
St. Louis, MO 63101
314-652-3114
mcarney@aclu-mo.org
*Attorney for Plaintiffs*

**CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing was filed electronically and served by operation of

the CM/ECF system on all counsel of record on November 16, 2022.

/s/ Molly Carney