# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MISSOURI
## CENTRAL DIVISION

| | | |
|---|---|---|
| MISSOURI PROTECTION & ADVOCACY SERVICES, VOZKC, Susana Elizarraraz, Manuel Rey Abarca IV, and Barbara Sheinbein; | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) ) | Case No. 2:22-cv-04097-RK |
| DENNY HOSKINS, in his official capacity as the Missouri Secretary of State; Kansas City Board of Election Commissioners; St. Louis County Board of Elections; and Boone County Clerk; | ) ) ) ) ) ) | |
| Defendants. | ) | |

## JOINT STATUS REPORT

The parties submit this status report in accordance with this Court's November 5, 2025 Order. Doc. 91.

On October 25, 2022, the Court held this case in abeyance pending the Eighth Circuit's decision in *Arkansas United, et al. v. Thurston*, *et al.*, No. 22-2918 (8th Cir.) (*Arkansas United*), which rests on a substantially similar legal claim as the instant case. Doc. 53. On July 28, 2025, a three-judge panel of the Eighth Circuit entered its opinion and judgment in *Arkansas United*, concluding "the text and structure of § 208 do not create a private right of action." *Arkansas United v. Thurston*, No. 22-2918, at *4 (8th Cir. July 28, 2025). After the Eighth Circuit denied a petition for rehearing en banc, on January 22, 2026, plaintiffs in *Arkansas United* filed a petition for writ of certiorari to the United States Supreme Court to review the Eighth Circuit's decision.

Additionally, the Supreme Court has a similar question before it in another case, *Turtle Mountain Band of Chippewa Indians v. Howe* (*Turtle Mountain*), No. 25-253, petition for cert. filed (U.S. Sep. 2, 2025). In *Turtle Mountain*, the Eighth Circuit held that private plaintiffs may not sue under 42 U.S.C. § 1983 to enforce the guarantees of Section 2 of the federal Voting Rights Act. *See Turtle Mountain Band of Chippewa Indians v. Howe* (*Turtle Mountain*), 137 F.4th 710, 721 (8th Cir. 2025). The Supreme Court then granted a stay of the Eighth Circuit's decision on July 16, 2025. On September 2, 2025, plaintiffs in *Turtle Mountain* filed a petition for writ of certiorari to the Supreme Court to review whether Section 2 of the VRA is enforceable through 42 U.S.C. § 1983, an implied right of action, or both. The petition for writ of certiorari in *Turtle Mountain* remains pending.

The parties in the instant case request that the Court's abeyance remain in place pending the Supreme Court's decision regarding the petitions for writ of certiorari in *Arkansas United* and *Turtle Mountain*.

Respectfully submitted,

*/s/ Susana Sandoval Vargas*

MEXICAN AMERICAN LEGAL
DEFENSE AND
EDUCATIONAL FUND

Susana Sandoval Vargas*
IL State Bar No. 6333298
100 N. La Salle, Suite 1900
Chicago, Illinois 60602
Phone: (312) 427-0701
ssandovalvargas@maldef.org
*Pro hac vice*

Gillian R. Wilcox, #61278MO
ACLU of Missouri Foundation
406 West 34th Street, Ste. 420
Kansas City, Missouri 64111
Phone: (816) 470-9938

Fax: (314) 652-3112
gwilcox@aclu-mo.org

MISSOURI VOTER PROTECTION
COALITION
Denise D. Lieberman, #47013MO
6047 Waterman Blvd.
St. Louis, Missouri 63112
(314) 780-1833
denise@movpc.org

*Attorneys for Plaintiffs*

**CATHERINE L. HANAWAY**
Attorney General

*/s/ Samuel Freedlund (w/permission)*
Samuel Freedlund, #73707MO
*Deputy Solicitor General*
Victoria Lowell, #76461MO
*Assistant Solicitor General*
Office of the Attorney General
Old Post Office Building
815 Olive St., Suite 200
St. Louis, MO 63101
Telephone: (314) 340-4978
Samuel.Freedlund@ago.mo.gov
Victoria.Lowell@ago.mo.gov

*Counsel for Defendant Secretary of State
Denny Hoskins*

HUSCH BLACKWELL LLP

*/s/ David B. Raymond (w/permission)*
David B. Raymond, MO #35633
Husch Blackwell LLP
4801 Main Street, Suite 1000
Kansas City, Missouri 64112
(816) 983-8000
(816) 983-8080 (FAX)
david.raymond@huschblackwell.com

*Attorney for Defendant Kansas City Board
of Election Commissioners*

3

CURTIS, HEINZ, GARRETT &
O'KEEFE, P.C.

*/s/ Carl J. Lumley (w/permission)*
Carl J. Lumley, #32869MO
222 S. Central, Suite 1000
Clayton, Missouri 63105
314-725-8788
314-725-8789 (fax)
clumley@chgolaw.com

*Attorneys for Defendant St. Louis County*
*Board of Election Commissioners*

TGH LITIGATION LLC

*/s/ J. Andrew Hirth (w/permission)*
J. Andrew Hirth
Missouri Bar No. 57807
28 N. 8th Street, Suite 200
Columbia, MO 65201
Andy@TGHLitigation.com
Phone: 573 256 2850
Fax: 573 213 2201

*Counsel for Defendant Boone County Clerk*
*Brianna Lennon*

## CERTIFICATE OF SERVICE

I hereby certify that on February 3, 2026, a copy of the foregoing was filed
electronically and served on all counsel of record by operation of the CM/ECF system.

*/s/ Susana Sandoval Vargas*
Susana Sandoval Vargas